**Joseph R. FERRI, Appellant,**

v.

**The GALLUP ORGANIZATION, Appellee.**

No. 03-2586.

United States Court of Appeals, Eighth Circuit.

Submitted March 8, 2004.

Decided March 26, 2004.

Joseph R. Ferri, Lincoln, NE, pro se.

Margaret E. S. Stine, Harding & Shultz, Kenneth L. Andersen, Gallup, Inc., Lincoln, NE, for Defendant–Appellee.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Joseph R. Ferri (Ferri) appeals following the district court's[1] adverse grant of summary judgment in his action claiming age discrimination. After careful de novo review of the record, *see Schiltz v. Burlington N. R.R.*, 115 F.3d 1407, 1411 (8th Cir.1997), we discern no prejudicial error in the court's grant of summary judgment, and we affirm. Further, we find no abuse

---

[1]. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

[1]. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

of discretion in the district court's denial of Ferri's motion to amend his complaint, *see Hannah v. City of Overland, Mo.*, 795 F.2d 1385, 1392–93 (8th Cir.1986) (standard of review), or in the court's discovery rulings, *see Roberts v. Shawnee Mission Ford. Inc.*, 352 F.3d 358, 360 (8th Cir.2003) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.